In the Matter of JOHN CASHMORE, Individually and as Vice-Chairman of the Council of the City of New York, Respondent, against A. NEWBOLD MORRIS, as President of the Council, et al., Appellants, Impleaded with Others.

Argued October 6, 1938; decided October 18, 1938.

*William C. Chanler, Corporation Counsel (William S. Gaud, Jr., and Leo Brown* of counsel), for appellants.

*Alfred J. Talley, E. Ivan Rubenstein* and *George Rosling* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.